ACCEPTED
12-14-00189-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/4/2015 9:13:50 AM
CATHY LUSK
CLERK

## NO. 12-14-00189-CR

**IN THE
COURT OF APPEALS
12TH JUDICIAL DISTRICT
TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/4/2015 9:13:50 AM
CATHY S. LUSK
Clerk

**TRACY RAY HASS, Appellant**

**V.**

**THE STATE OF TEXAS**

**ON APPEAL IN CAUSE NUMBER
061728
FROM THE 59TH DISTRICT COURT
OF GRAYSON COUNTY, TEXAS
HON. RAYBURN NALL, presiding**

**STATE'S MOTION FOR EXTENSION OF
TIME TO FILE STATE'S BRIEF**

THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, by and through her attorney in the above entitled and numbered cause, and files this Motion for Extension of Time in which to file the Appellee's Brief, and would show the following:

I.

Page 1 of 5

The appellant was convicted of Theft of $1,500 or more but less than $20,000 and Burglary of a Building on March 19, 2014. After the jury found two enhancement paragraphs true, the appellant was sentenced to 10 years in prison on each count.

The appellant filed his brief on August 14, 2014. THE APPELLANT DID NOT SERVE A COPY OF THE BRIEF ON THE STATE. Further, the notice of electronic filing by this court went to the spam filter on our email system. The State's brief was due on September 15, 2014. This case is set for submission on March 24, 2015.

II.

The State now makes her first request for an extension of time in which to file the State's Brief.

III.

The facts relied upon to reasonably explain the need for an extension of time are as follows:

1.    This attorney is the sole attorney responsible for post-conviction litigation in the Grayson County Criminal District Attorney's office.  The case was tried by an attorney/attorneys other that this attorney.

2.    THE APPELLANT FAILED TO SERVE A COPY OF THE BRIEF ON THE STATE.  The electronic notice sent by this court to let us know that the appellant's brief had been efiled was sent to the spam filter for our email system.  THE STATE WAS UNAWARE OF IT'S DEADLINE TO FILE THE STATE'S BRIEF IN THIS CASE UNTIL NOTICE OF SUBMISSION WAS EMAILED TO OUR OFFICE ON MARCH 4, 2015.

Wherefore, premises considered, the State requests this motion for extension of time be granted and that the Court extend the time for the filing of the State's Brief to **MARCH 20, 2015.**


/s/ _Karla Baugh Hackett_____
ATTORNEY FOR THE STATE

KARLA BAUGH HACKETT
ASST. CRIMINAL DISTRICT ATTORNEY
GRAYSON COUNTY, TEXAS
200 S. CROCKETT
SUITE 100

SHERMAN, TEXAS 75090
903/ 813-4361
903/ 892-9933 (FAX)
STATE BAR NO. 01923400

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF has this day been delivered to the attorney for the Appellant, in accordance with the laws of the State of Texas.

SIGNED MARCH 4, 2015.

/s/ *Karla Baugh Hackett*_____
ATTORNEY FOR THE STATE
KARLA BAUGH HACKETT
ASST. CRIMINAL DISTRICT ATTORNEY
GRAYSON COUNTY, TEXAS